UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00028-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| MICHAEL STICKLER, | ) | |
| | ) | July 19, 2013 |
| Defendant. | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):     NONE APPEARING

COUNSEL FOR DEFENDANT(S):     NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (#15)[1]. The Government has not filed a response. Good cause appearing,

IT IS THEREFORE ORDERED that the Government shall file, no later than thirty (30) days before trial, its notice of the general nature of any evidence under Rule 404(b) of the Federal Rules of Evidence of other crimes, wrongs, or acts which it deems admissible for purposes of proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:     /s/
         Deputy Clerk

---

[1] Refers to court's docket number.